HARRY HULL v. CORNELIUS J. REILLY, CIRCUIT JUDGE
OF WAYNE COUNTY.

[See 86 Mich. 449.]

*Criminal law—Admission to bail—Mandamus.*

After a respondent was convicted of murder, which conviction was
reversed, he was admitted to bail. Pending his second trial
he was ordered into custody, and a *mandamus* to compel the
circuit judge to admit him to bail is denied.

*Mandamus.* Submitted October 6, 1891. Denied Octo-
ber 7, 1891.

Relator applied for *mandamus* to compel respondent to
admit him to bail. The facts are sufficiently stated in
the opinion.

*John G. Hawley,* for relator.

PER CURIAM. Petitioner was convicted of murder in
the Wayne circuit court, which conviction was reversed
by this Court, and a new trial ordered, and the prisoner
admitted to bail.[1] A second trial is now in progress, and
the circuit judge has ordered him into the custody of the
sheriff of Wayne county. He has applied to the judge
to admit him to bail, and he has declined. We are asked
to compel the circuit judge by *mandamus* to admit
relator to bail pending trial. We decline to do so, and
the writ is denied.

---

[1] See 86 Mich. 449.